# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT FOUTZ,

Appellant,

vs.

CITY OF BOULDER CITY,

Respondent.

No. 80867

FILED

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court denying an appeal from a municipal court conviction and remanding. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) ("[M]unicipal court conviction is not subject to further review by appeal to this court."). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-13553

cc: Hon. Richard Scotti, District Judge
Brent Foutz
Attorney General/Carson City
Boulder City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A